UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **FINAL ORDER OF FORFEITURE** |
| -v.- | 15 Cr. 261 (JSR) |
| RAJEN MANIAR, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about April 11, 2025, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order") (D.E. 20), which ordered the forfeiture to the United States of all right, title and interest of RAJEN MANIAR (the "Defendant") in, *inter alia*, the following property:

    a.    Approximately $160.41 in United States currency, currently being held in the Bank of America account ending in 7680 (the "Subject Account");

WHEREAS, the Substitute Assets Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Assets Order, notice of the United States' intent to dispose of the Subject Account, and the requirement that any person asserting a legal interest in the Subject Account must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Account and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Subject Account before the United States can have clear title to the Subject Account;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Subject Account was posted on an official government internet site (www.forfeiture.gov) beginning on May 10, 2025, for thirty (30) consecutive days, through June 8, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on November 21, 2025 (D.E. 21);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Subject Account have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest in the Subject Account;

WHEREAS, on or about June 17, 2025, the Government seized $160.10 in United States currency from the Subject Account (the "Forfeited Funds"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeited Funds is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Funds.

3.      The United States Marshals Service (or its designee) shall take possession of the Forfeited Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).


Dated: New York, New York
             11/25, 2025

                                        SO ORDERED:

                                        _____
                                        HONORABLE JED S. RAKOFF
                                        UNITED STATES DISTRICT JUDGE

3